| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Chief, Civil Division |
| 3 | EDWARD A. OLSEN, CSBN 214150 |
|   | Assistant United States Attorney |
| 4 | |
|   | 450 Golden Gate Avenue, Box 36055 |
| 5 | San Francisco, California 94102 |
|   | Telephone: (415) 436-6915 |
| 6 | FAX: (415) 436-6927 |
| 7 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| BISHNU KUMARI GURUNG, | ) | No. C 08-2817 MHP |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO EXTEND DATE OF** |
| v. | ) | **CASE MANAGEMENT CONFERENCE;** |
| | ) | **AND [PROPOSED] ORDER** |
| ROBERT MUELLER, III, Director, Federal | ) | |
| Bureau of Investigation; *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the case management conference to November 17, 2008, at 4:00 p.m.

//
//
//
//
//
//
//
//

STIPULATION TO EXTEND DATE OF CMC
C 08-2817 MHP                               1

| | | |
|---|---|---|
| 1 | DATED: September 15, 2008 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 4 | | /s/<br>EDWARD A. OLSEN |
| 5 | | Assistant United States Attorney |
| 7 | DATED: September 15, 2008 | /s/<br>BEN LOVEMAN |
| 8 | | Law Offices of Virender Kumar Goswami<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 9/17/2008

_____
MARILYN HALL PATEL
United States District

IT IS SO ORDERED
Judge Marilyn H. Patel

STIPULATION TO EXTEND DATE OF CMC
C 08-2817 MHP                                     2