```
 1  JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Chief, Civil Division
 3  EDWARD A. OLSEN, CSBN 214150
    Assistant United States Attorney
 4
       450 Golden Gate Avenue, Box 36055
 5     San Francisco, California 94102
       Telephone: (415) 436-6915
 6     FAX: (415) 436-6927
 7  Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| BISHNU KUMARI GURUNG, | ) | No. C 08-2817 MHP |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO DISMISS; AND** |
| v. | ) | **[PROPOSED] ORDER** |
| | ) | |
| ROBERT MUELLER, III, Director, Federal Bureau of Investigation; *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

   The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to dismiss the above-entitled action because the United States Citizenship and Immigration Services (USCIS) has acted on the plaintiff's application for asylum and referred it to an immigration judge for adjudication in removal proceedings.

   Each of the parties shall bear their own costs and fees.

//

//

//

//

//

STIPULATION TO DISMISS
C 08-2817 MHP                                         1

1 | DATED: December 11, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney

DATED: December 11, 2008

/s/
BEN LOVEMAN
Law Offices of Virender Kumar Goswami
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 12/16/2008

MARILYN HALL PATEL
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

STIPULATION TO DISMISS
C 08-2817 MHP                               2